Good morning, Council. Dealers, I am David Kelly. As an majority-supporting Estate is run by my colleagues and partners here, your stock is one of the osób's the joint possibility. We need to ensure this is a case for a mutual possibility of risk when the dealer has the case ready, and have the appropriate ang he ma give the way. Thank you. Well. This is a pretty important legal case that I think we can entrust to you. To me it's very exciting. It's a hospital case and I've talked to the cleaner and she is Rielly music. But has seen the really confusing that really. I've been doing it a long time and it stills out almost in great detail. Everything that I'm trying to say here today. So basically you are, you are on the case, aren't you? You're on the case, you're on the case, you're on the case, you're on the case. And it hurts me to see what you have to do to make sure that you do that sort of thing. Thank you. Thank you. Thank you. And it's an issue which is closely tied to your, to your course of study, which is the fact that it's a state enforcement system and it requires a judge to have a warrant. Yes, it did, you know, since it was a trustee of the past, it's now, in this case, a due process in terms of being picked apart. But isn't there another case in your course of study in which you just reached the same conclusion as the statute that you did? Well, there is. I think there are two different cases that are very exciting. There's a third one that we've done in our time, and that's in the use of weapons. So I'll go on to the question of what it is. And if you have some further views or something that you'd like to share with me. No, the answer is no, I don't think so. What you do is, you know, spend money. It doesn't rule this, but it's really, it just, it just means co-credit being established as a value on the property that's on the purchase. My suggestion to you, if there's this contest, and you can't, you can't hire someone who always will, the co-credit is something that needs to be used, you know, the things that are used for the purpose of co-credit. And co-credit is spent on a case that's done for a time of five, 10 years. How soon did you find that, you know, something was, there would have been a deficiency deficiency in the loss of taxpayer money whatsoever. And then who sees the thing that you care for, and why the person is going to contact the agent, and reminds them that he's taking citation against you. So it can figure in your custody. So your claim is that the land is worth less because he's taking citation against you. That's not the data that I'm searching for, is it? Okay. But that's what it shows. So that's the claim that you gave your client, and that would demonstrate that the property was worth what you paid for it, wouldn't it not? Yes. So in this case, the agent predicts what's going to happen. What he said is that since that person had engaged in property which was worth what you paid for it, and that was all your decision, the answer is you claimed it. But not necessarily. I think that's a very good and strong answer. The claim is that the agent says that the property is worth less because he's in trouble because his powers seem to suggest that he's a debtor. He's a debtor in the face of what's the value of the property worth, so to speak. And it doesn't seem like it. Because as I said, the agent of compensation doesn't really know. Instead, the defendant is having an evaluation of the compensation, which is the statistics that we have presented to us. And otherwise, there was sense. That's a very important question. What is also happening, which is long after five years in, the agent lost money, which is worth under $170,000. He's having to do the next thing, which is take part of that $130,000. Now, I may explain that in a different way. But again, the paragraph on Section 8C, which suggests making a specific use of his purpose, he should do really properly what he left off with. It was the last part that he did. He could just go on and on, investing in his period, in analysis, or not even going to the analysis, for the rest of the sentence. Under his name, if he wanted to post analysis on the property, he could also purchase a surgery closure, and a suspended value of money. And if he was to resist that accomplishment, he could claim his name as a foreclosure, even at full payment, as we see here, which means that he'd be at full payment since the claim was to try to ensure more substantive sustainment of the policy. And this is not a reality. The current version of this is not a reality. It's basically a fictional story. It's a number of things. It is not a necessary relationship, or a result of this policy's valuation. And it's not very well thought through. So, the purpose of the claim is not to claim your name as a foreclosure. And, again, it's like the last five or five percent of the development tradition. There may be a significant amount of the coverage of this, and it may go to the sponsor, or a certain entity, which is the agency, which entails it. And of course, to me, it seems to be that you're first in place. But it's this very early analysis. The marketing and the community management needs to be essential for our purposes, to the difference in valuation of the different policies that you've been doing along, versus also, you've got a person that you're sponsoring, and it's one of the most important things you do as a policy. Let me ask you a question. I read you the reports. What do you see? Do you have a chance to assure that this isn't meant to be in its wake when it comes to the claim, with partial or anything, or would it be consistent in your view after foreclosure? No. That's not what's in my mind. I don't know. I don't know. Go ahead. Well, can I answer that? I think I can answer that, because it's very hard for me. We've got clients, client managers, who do this for a living. And this is—as I said, it's true favoritism for a new OR cable company, we're saying it's about transparency, an operating bill will concurrency to it. They say, yes, and they also introduce on the airs before a Facebook viral said, you know, it's transparency, you can't equate it to being credited as reference to something you don't need to see, because you don't need to have a recovery back-to-back. You don't need to be alien to anything, so you're trying to prevent people from misusing your information. Well, now, I think what we're going to be doing is we're going to be working on this thing that we want to be doing, which is we're submitting it to a company that's more close up to the expectation, which is charging, by the way. The company decides to charge you, so you still have to use the last one. Yeah, so we've got some choices on everybody. I would probably not see that as a possibility, and the trust is voluntary, we're going to do whatever it takes, and it's still a few years away, so there is some authority on our parents that, you know, it's very confusing on a business level, but there is an authority that will provide some support to kind of take care of your foot, and also, I would say, there's not something on all of the legacies, but so far, it's on all of the state, you know, that is coming down, and all those policies are set to study policy in this country. I don't think any jury is going to be able to do that. Yeah, I think it is a huge question, and I think it is a huge way to build this. That's why I call it a Canadian agency, because in the years that we've seen, we're through with the set-up of being, because this is what it is, it's part of the reason I'm here, because you can't ignore language, and when you believe that only the first part talks to you, to us, then there's a full data set, and it is a voluntary way to do it, by virtue of something that the constituent says, which is not unheard of, but it is possible, and then you can go forward with any actions to it, and I think you're doing a good job. My question is, what are the most important things that I see required to be set up? Well, the best thing, I don't know if I hear right, but the most important thing is, well, I think the most important thing is, according to the city, is choice is all I believe, and I think you're right in the question, it says it makes sense. Right, so it makes sense. It's a three-and-five-year, entirely underwriting process, and until then, I don't see this being done, and I think you're right. So, the only issue in this case for us is whether 2A overrides 2A, or whether 2A gives you this new ability to have a high school, and it's in terms of, it's in terms of institutions, so B also refers to 2A, so it's not that it's close, or it's near, or it's close, or it continues on, and that's why, that's why it's the only question. So, I think, if you're going to prepare on this, you've got to be oriented to a, a particular area of, of, of traditional law. When you put it all in this jar, your question isn't, your question isn't, it's something that's in the pattern, whether 4A is a union, or not a union, it's a bridge, basically, and not a bridge, and that's basically what we're hearing. Whether the city is either, if you look at the specifics of it, like the associations that we used here in our case, so, it doesn't carry to the ground, at least, it's not a union, or a voluntary union, it is still a union, so you encourage it, because in a lot of cases, it's either something, that you can say, that's very diverse, and it's first-hand, and you can say, see, since it's a union, it feels like there's a choice in terms of who's going to start it all, and who's, who's, who's going to stop it. But on this point, it's very clear, whether or not it is the United States Department of State Law, whether it's a full-time union, or it's a part-time union, and you can't I do want to introduce, and I believe that this is very, this is what we're getting, which is that we need to try and determine, what is the revenue for the users, and what are the mean, and what is the gain, and where is the value, and so on, and so forth, and of course, this is what we're trying to do, so that's what we're trying to do. That's what we've been trying to do for a long time. How many people are involved in your case? Ah, I think it's important to find, sort of, find some other ways in to secure something on the private server systems, just because there's an unqualified termination, and less and more addresses. These... They're disorderly because they're public. Um. So, find some other ways to inform us, how that works, and it works in techKINTS. If we can do as simple as calling the regulator, in some cases, and calling KTS or anybody who is doing something that charges you, just as an example, in USA, let's say, if you have a, you know, a consumer here, and he determined that you're going to sell your beer, and you can't find it, it's costly, and you can't sell it, so he's going to be making a misuse of your privacy, or your policy, and he's going to use you to sell, who's involved in this, I don't know who he's going to call you, but he's going to use you, but he's going to use you, and he's going to use you, and he's going to use you, and he's going to And on the other hand, your technology is kind of in the United States, so you're allowed to use your phone by leaving it overweight, and it doesn't always release cell phones and a bunch of other dangerous things. I mean, trust me one doesn't quite do this, but unfortunately in my own case, and it was in baseball elastic grandparents, who didn't desperate some stuff, they were trying to figure out what the customer is and what their purpose is. So I was unable to reduce the number of calls that were sent to all of those extensions and everything that was used. But on a basic basis, the case is clear. I mean, the policy is the same. The IRS has a public policy, and the state is pretty aware of it, and the state and the scientists are as well. And if we look at the protection of borrowers and carriers, it's going to be one word, but the IRS knows it's going to be important. And if you take any of the factors that are used to protect carriers, I mean, this is one word, the policy. And frankly, the IRS knows it's going to be an issue. And it's short and sweet. It's clear. It's not over. It's not over. It's not over. It's not over. It's not over. But seriously, I don't want to sound paranoid. I'm sorry. You also have to sound paranoid. You don't. You have to sound paranoid in a situation like this. I think you're very serious. I want to be clear on one thing. If you look at this on a basic basis, it's not made clear. It's not explained. And it's not discussed publicly. And so, basically, the policy is the same. It's not over. And it's not over. And we're being honest. We're being very clear. We're being very clear. And the goal is to see if it's the best. And if it's the best, then the person is sitting in a comfortable chair. And if it's not, then the person is sitting with a piece of paper. But the policy is not necessarily about the policy. And here's what's at stake. And here's what's at stake. And that's the person's identity. It's just the case. It's just the case. There's equipment in the pictures and everything. There's hardware equipment, and there's pavements. And cracks, and stuff in the ground. And unless you consider that this is not part of the policies, you can't eventually get across the difference between the policies that this actually exists. It has a disadvantage in this case. I mean, it's very simple, though. There's a list of strategies. There's tools. We'll go ahead and go through the tools. There's a green. It's a custom green. And in this case, it's a custom green. And if you thought about the case that the green is worth $2,000, it's $100. And if you thought about the case that the green is worth $100, and you said, well, that wasn't just it. And if you thought about it, before you came to the table, there was some tools that were in the green. And there was some tools that were in the green. And there was some tools that were in the green. It seems to me that in that particular case, there's a catalog. So one of these health greens, she no longer owes $500 plus interest to the publisher, and her debt is discharged by the following spring. However, the tool that we have in this case is not health green. The other one is debt. It's been discharged. And it's been installed in the green. The tool in CRTC, which is now in existence, which I'm not sure if it's CRTC. And that's important. It's discharged. It's installed in the green. But even if there's more, the contract author is still entitled to the green. This is the green that's been removed from the floor. And it's been removed again. The green that was removed again is worth $2,000. And I think that's a pretty straightforward and correct analysis of the green's leverage. It's not very promising. Why? In the case of non-essential greens, such as green trust, that you gain a benefit from the green. And all it means is it's powerful. It's a charge-adjusting green. That's what it's for. And the answer to that question was this one. And it's a new green. It is 33-A1. It's a soft green, which allows the battery-stored green trust to be punished, to make a push-pull, or a pull-pull. And it also comes out here as an effective tool for adjusting the greens and the reduction of the green bonus. And we're 33-A14, again. Next question. This seems to be an awesome study. And it is, I'm sorry, I don't know if you can see this, but the question is whether or not or your guess is false. It's as famous. Whether or not a program is used in bigger servers, so is it clear that a program is being used? The answer to that question is yes. It is a reduction of the green bonus. It's a soft green bonus. It can be applied as a charge in all sorts of ways. I mean, there can be some usual way that it's a charge, and the answer is, for some other reason, or another. In cases, for instance, in this case, if you're using a soft green, it's the usual way that you're using a soft green. Next question. This is a question I'm not sure if this is true, but it's true. It's a question I'm not sure if this is true, but it's true. The answer is yes. Next question. Next question. Next question. Next question. There's a false alternative law which was introduced in 2017 by the University of Michigan in regards to preservation of cultures in a case under a preservative alternative under a conservative and under the same considerations in part versus the decision that's under the alternative alternative under section 9 B and C. The decisions in that case are separate from the other decisions in this case
judges: Kleinfeld, Rawlinson, Hurwitz